UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

SK FOODS, L.P.,

    Debtor.

RADLEY SHARP,

    Plaintiff,

    v.

SKF AVIATION, LLC., et al.,

    Defendants.
/

CIV. NO. S-10-1498 LKK

O R D E R

    Pending before the court in the above captioned case is the appellee's motion to dismiss, currently set to be heard on September 13, 2010. Due to a court scheduling conflict, the court CONTINUES the hearing to September 27, 2010 at 10:00 AM. The deadlines for filing oppositions or statements of non-opposition, and for filing of a reply, if any, are unchanged.

    IT IS SO ORDERED.

    DATED: September 3, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT