1  Gregory C. Nuti (CSBN 151754)
   E-Mail: gnuti@schnader.com
2  Kevin W. Coleman (CSBN 168538)
   E-Mail: kcoleman@schnader.com
3  Michael M. Carlson (CSBN 88048)
   E-Mail: mcarlson@schnader.com
4  SCHNADER HARRISON SEGAL & LEWIS LLP
5  One Montgomery Street, Suite 2200
   San Francisco, California  94104-5501
6  Telephone: 415-364-6700
   Facsimile: 415-364-6785
7
8  Attorneys for
   Chapter 11 Trustee, Bradley D. Sharp
9
   *Counsel continued on next page*
10
                UNITED STATES DISTRICT COURT
11
              EASTERN DISTRICT OF CALIFORNIA
12
                   SACRAMENTO DIVISION
13

14  IN RE:                          ) **CIV NO. S-10-810 LKK**
                                    )
15  SK FOODS, L.P.                  )
                                    )
16               Debtor.            ) **STIPULATION EXTENDING DEADLINE**
                                    ) **TO FILE PROPOSED ORDER**
17  BRADLEY D. SHARP, et al.,       ) **RESOLVING APPEALS AND RELATED**
                                    ) **MOTIONS AND ORDER THEREON**
18               Plaintiff,         )
                                    )
19                                  )
          vs.                       )
20                                  )
21  SCOTT SALYER, et al.,           )
                                    )
22               Defendants.        )
                                    )
23  _____ )

24  *Caption continued on Page 3*

25

26

27

28
   _____
   STIPULATION EXTENDING DEADLINE

1  ANDREA M. MILLER (CSBN 88992)
   NAGELEY MEREDITH & MILLER, INC.
2  8001 Folsom Boulevard, Suite 100
3  Sacramento, CA  95826
   Telephone: 916-386-8292
4  Facsimile: 916-386-8952

5  Counsel for SK PM Corp., SK Foods, LLC,
   SKF Canning, LLC, Blackstone Ranch
6  Corporation, Monterey Peninsula Farms, LLC,
7  Salyer Management Company, LLC, SK
   Farms Services, LLC, SK Frozen Foods, LLC,
8  SS Farms, LLC, SSC Farming, LLC, SSC
   Farms I, LLC, SSC Farms II, LLC, SSC
9  Farms III, LLC, SKF Aviation, LLC, and
   CSSS, LP d/b/a Central Valley Shippers
10

11 PAUL J. PASCUZZI
   FELDERSTEIN FITZGERALD
12 WILLOUGHBY & PASCUZZI LLP
   400 Capitol Mall, Suite 1450
13 Sacramento, CA  95814
   Telephone: 916-329-7400
14 Facsimile: 916-329-7435

15
   Counsel for Scott Salyer, individually and as
16 trustee of the Scott Salyer Revocable Trust,
   and the Scott Salyer Revocable Trust
17

18

19

20

21

22

23

24

25

26

27

28

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

2

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

1  BRADLEY D. SHARP, et al.                          )   **CIV. NO. S-10-811 LKK**
                                                      )
2                          Plaintiff,                 )
                                                      )
3          vs.                                        )
                                                      )
4  SKF AVIATION, LLC, et al.,                         )
                                                      )
5                          Defendants.                )
   _____          )
6  BRADLEY D. SHARP, et al.,                          )   **CIV. NO. S-10-812 LKK**
                                                      )
7                          Plaintiff,                 )
                                                      )
8          vs.                                        )
                                                      )
9  SSC FARMS 1, LLC, et al.,                          )
                                                      )
10                                                    )
                           Defendants.                )
11                                                    )
                                                      )
12 _____          )
                                                      )
13 *Caption continued on next page*                   )
                                                      )
14                                                    )

3

STIPULATION EXTENDING DEADLINE

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

| | | |
|---|---|---|
| BRADLEY D. SHARP, et al., | ) | **CIV NO. S-10-1492 LKK** |
| Plaintiff, | ) | |
| vs. | ) | |
| SSC FARMS 1, LLC, et al., | ) | |
| Defendants. | ) | |
| IN RE: | ) | **CIV. NO. S-10-1493 LKK** |
| SK FOODS, L.P. | ) | |
| Debtor. | ) | |
| BRADLEY D. SHARP, et al., | ) | **CIV. NO. S-10-1496 LKK** |
| Plaintiff, | ) | |
| vs. | ) | |
| CSSS, L.P., et al., | ) | |
| Defendants. | ) | |
| BRADLEY D. SHARP, et al., | ) | **CIV. NO. S-10-1497 LKK** |
| Plaintiff, | ) | |
| vs. | ) | |
| FRED SALYER IRREVOCABLE TRUST, et al., | ) | |
| Defendants. | ) | |

4

STIPULATION EXTENDING DEADLINE

BRADLEY D. SHARP, et al.,

        Plaintiff,

   vs.

SKF AVIATION, LLC, et al.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)

**CIV. NO. S-10-1498 LKK**

BRADLEY D. SHARP, et al.,

        Plaintiff,

   vs.

SCOTT SALYER, et al.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)

**CIV. NO. S-10-1499 LKK**

BRADLEY D. SHARP, et al.,

        Plaintiff,

   vs.

SCOTT SALYER, et al.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CIV. NO. S-10-1500 LKK**

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

STIPULATION EXTENDING DEADLINE

Fredrick Scott Salyer, individually and as Trustee of the Scott Salyer Revocable Trust; the Scott Salyer Revocable Trust; SK PM Corp.; SK Foods, LLC; SKF Canning, LLC; Blackstone Ranch Corporation; Monterey Peninsula Farms, LLC; Salyer Management Company, LLC; SK Farms Services, LLC; SK Frozen Foods, LLC; SS Farms, LLC; SSC Farming, LLC; SSC Farms I, LLC; SSC Farms II, LLC; SSC Farms III, LLC; SKF Aviation, LLC; and CSSS, LP d/b/a Central Valley Shippers (collectively, "Appellants") and Bradley D. Sharp, as Chapter 11 Trustee of SK Foods, L.P. ("Appellee"), by and through their respective counsel, hereby stipulate and agree as follows:

1.      On October 12, 2010, the Court heard two sets of appeals (the "Appeals") of orders from the United States Bankruptcy Court for Eastern District of California.  The first set of appeals (2:10-cv-810; 2:10-cv-811; 2:10-cv-812) concerned three orders granting a preliminary injunction in adversary proceedings arising out of the bankruptcy case, *In re SK Foods, L.P.*, Case No. 09-29162 (the "Bankruptcy Case").  The second set of appeals (2:10-cv-1492; 2:10-cv-1493; 2:10-cv-1496; 2:10-cv-1497; 2:10-cv-1498; 2:10-cv-1499; 2:10-cv-1500) concerned  seven orders denying motions to stay certain adversary proceedings arising out of the Bankruptcy Case (the "Stay Appeals").  Concurrently therewith, the Court also heard various motions related to the Stay Appeals (the "Motions").

2.      At the hearing, the Court instructed Appellants and Appellee each to file, by October 26, 2010, a proposed order (together, the "Proposed Orders") resolving certain issues raised in the Appeals and the Motions.  The Court's specific instructions are detailed in an order entered on October 13, 2010.

3.      Appellants and Appellee hereby agree to extend the deadline for filing of the Proposed Orders by three (3) days, to October 29, 2010.

4.      Appellants and Appellee believe that extending the deadline to October 29, 2010, will enhance the parties' ability to agree to a consensual order, although the parties are unable to guarantee at this time that they will be successful.

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

STIPULATION EXTENDING DEADLINE

1    Dated this 26th day of October, 2010.

2

3    SCHNADER HARRISON SEGAL &         FELDERSTEIN FITZGERALD
     LEWIS LLP                          WILLOUGHBY & PASCUZZI LLP

4

5    ____/s/ Gregory C. Nuti____        ____/s/ Paul J. Pascuzzi____

     GREGORY C. NUTI                    PAUL J. PASCUZZI
6    Counsel for Bradley D. Sharp, as Chapter 11    Counsel for Scott Salyer, individually and as
     Trustee of SK Foods, L.P.          trustee of the Scott Salyer Revocable Trust, and
7                                       the Scott Salyer Revocable Trust

8

9    SEGAL & KIRBY LLP                  NAGELEY MEREDITH & MILLER, INC.

10

11

     ____/s/ Malcolm S. Segal____       ____/s/ Andrea M. Miller____
12
     MALCOLM S. SEGAL                   ANDREA M. MILLER
13   Counsel for Scott Salyer, individually and as    Counsel for SK PM Corp., SK Foods, LLC, SKF
     trustee of the Scott Salyer Revocable Trust,    Canning, LLC, Blackstone Ranch Corporation,
14   and the Scott Salyer Revocable Trust    Monterey Peninsula Farms, LLC, Salyer
                                        Management Company, LLC, SK Farms
15                                      Services, LLC, SK Frozen Foods, LLC, SS
                                        Farms, LLC, SSC Farming, LLC, SSC Farms I,
16                                      LLC, SSC Farms II, LLC, SSC Farms III, LLC,
                                        SKF Aviation, LLC, and CSSS, LP d/b/a Central
17                                      Valley Shippers

18

19         The Court, having reviewed the foregoing stipulation of the parties, hereby changes the

20   date for submission of proposed orders in this matter to October 29, 2010.

21         IT IS SO ORDERED.

22

23   October 26, 2010

24

25                                        _____
                                          LAWRENCE K. KARLTON
26                                        SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT

27

28

                                          7

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785