```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

          Plaintiff,

               v.                         CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

          Defendant.
                                    /
IN RE:

SK FOODS, L.P.

          Debtor.
BRADLEY D. SHARP,                         CIV. NO. S-10-810 LKK

          Plaintiff,

               v.

SCOTT SALYER, et al.,

          Defendants.
                                    /

////

////

////
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY D. SHARP,                    CIV. NO. S-10-811 LKK
 5          Plaintiff,
 6             v.
 7  SKF AVIATION, LLC, et al.,
 8          Defendants.
                                     /
 9  IN RE:
10  SK FOODS, L.P.
11          Debtor.
12  BRADLEY D. SHARP,                    CIV. NO. S-10-812 LKK
13          Plaintiff,
14             v.
15  SSC FARMS 1, LLC, et al.,
16          Defendants.
                                     /
17  IN RE:
18  SK FOODS, L.P.
19          Debtor.
20  BRADLEY SHARP,                       CIV. NO. S-10-1492 LKK
21          Plaintiff,
22             v.
23  SSC FARMS 1, LLC, et al.,
24          Defendants.
                                     /
25  ////
26  ////
```

```
 1  IN RE:
 2  SK FOODS, L.P.                              CIV. NO. S-10-1493 LKK
 3          Debtor.
                                        /
 4  IN RE:
 5  SK FOODS, L.P.
 6          Debtor.
 7  BRADLEY SHARP,                              CIV. NO. S-10-1496 LKK
 8          Plaintiff,
 9              v.
10  CSSS, L.P., et al.,
11          Defendants.
                                        /
12  IN RE:
13  SK FOODS, L.P.
14          Debtor.
15  BRADLEY SHARP,                              CIV. NO. S-10-1497 LKK
16          Plaintiff,
17              v.
18  FRED SALYER IRREVOCABLE
    TRUST, et al.,
19
            Defendants.
20                                      /
21  ////
22  ////
23  ////
24  ////
25  ////
26  ////
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY SHARP,                              CIV. NO. S-10-1498 LKK
 5          Plaintiff,
 6              v.
 7  SKF AVIATION, LLC., et al.,
 8          Defendants.
                                        /
 9  IN RE:
10  SK FOODS, L.P.
11          Debtor.
12  BRADLEY SHARP,                              CIV. NO. S-10-1499 LKK
13          Plaintiff,
14              v.
15  SCOTT SALYER, et al.,
16          Defendants.
                                        /
17  IN RE:
18  SK FOODS, L.P.
19          Debtor.
20  BRADLEY SHARP,                              CIV. NO. S-10-1500 LKK
21          Plaintiff,
22              v.
23  SCOTT SALYER, et al.,
24          Defendants.
                                        /
25  ////
26  ////
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY D. SHARP,                              Civ. S-10-2912 LKK
 5          Plaintiff
 6               v.
 7  SSC FARMS 1, LLC, et al.,
 8          Defendants.
                                        /
 9  IN RE:
10  SK FOODS, L.P.
11          Debtor.
12  BRADLEY D. SHARP,
                                                   Civ. S-10-2913 LKK
13          Plaintiff,
14               v.
15  SCOTT SALYER, et al.,
16          Defendants.
                                        /
17  IN RE:
18  SK FOODS, L.P.
19          Debtor.
20  BRADLEY D. SHARP,
                                                   Civ. S-10-2914 LKK
21          Plaintiff,
22               v.
23  SKF AVIATION, LLC, et al.,
24          Defendants.
                                        /
25  ////
26  ////
```

5

```
1  IN RE:
2  SK FOODS, L.P.
3          Debtor.
4  SCOTT SALYER,                              CIV. S-10-3467 MCE
5          Plaintiff,
6             v.
7  SK FOODS, LP,                              RELATED CASE ORDER
8          Defendants.
                                     /
9
```

Defendant Frederick Scott Salyer has filed a notice of related cases arguing that United States of America v. Salyer, No. 2:10-CR-0061-LKK, is related to one more appeal from an order entered by the Bankruptcy Court in adversary litigation. This appeal concerns a proposed settlement that includes a transfer to the lenders of claims in the adversary proceedings. Examination of the above matter reveals that it is related within the meaning of E.D. Cal. Local Rule 123 for the reasons set forth in defendant Salyer's memorandum.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:10-CV-3467 MCE is reassigned to Judge Lawrence K. Karlton for all

1  further proceedings.  Henceforth the caption on all documents filed
2  in the reassigned case shall be shown as No. 2:10-CV-3467-LKK.
3       IT IS FURTHER ORDERED that the Clerk of the Court make
4  appropriate adjustment in the assignment of cases to compensate for
5  this reassignment.
6       IT IS SO ORDERED.
7       DATED:  January 19, 2011.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```