UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

SK FOODS, L.P.

      Debtor.

BRADLEY SHARP,                      CIV. NO. S-10-1492 LKK

      Plaintiff,

          v.

SSC FARMS 1, LLC, et al.,

      Defendants.

_____/

IN RE:

SK FOODS, L.P.                    CIV. NO. S-10-1493 LKK

      Debtor.

_____/

IN RE:

SK FOODS, L.P.

      Debtor.

BRADLEY SHARP,                      CIV. NO. S-10-1496 LKK

      Plaintiff,

          v.

CSSS, L.P., et al.,

      Defendants.

_____/

1   IN RE:

2   SK FOODS, L.P.

3           Debtor.

4   BRADLEY SHARP,                              CIV. NO. S-10-1497 LKK

5           Plaintiff,

6                   v.

7   FRED SALYER IRREVOCABLE
    TRUST, et al.,

8           Defendants.

9   _____/

10  IN RE:

11  SK FOODS, L.P.

12          Debtor.

13  BRADLEY SHARP,                              CIV. NO. S-10-1498 LKK

14          Plaintiff,

15                  v.

16  SKF AVIATION, LLC., et al.,

17          Defendants.

18  _____/

    IN RE:

19
    SK FOODS, L.P.

20
            Debtor.

21
    BRADLEY SHARP,                              CIV. NO. S-10-1499 LKK

22
            Plaintiff,

23
                    v.

24
    SCOTT SALYER, et al.,

25
            Defendants.

26  _____/

                                2

1   IN RE:

2   SK FOODS, L.P.

3          Debtor.

4   BRADLEY SHARP,                          CIV. NO. S-10-1500 LKK

5          Plaintiff,

6              v.
                                            O R D E R
7   SCOTT SALYER, et al.,

8          Defendants.
    _____/
9

10      The Bankruptcy Trustee has filed a motion for rehearing, which

11  is set to be heard on January 31, 2011 at 10:00 a.m. Shortly after

12  filing the motion, the debtor and non-debtor entities filed an

13  objection to the motion in which they requested a continuance of

14  the hearing while their lead counsel underwent and recovered from

15  surgery. On January 14, 2011, the court denied the request for a

16  continuance on the grounds that the firms that represent the

17  entities have sufficient attorneys to prepare for the motion. The

18  court did, however, allow for a brief extension of time for the

19  entities to file their response to the motion. Specifically, the

20  court ordered that, "The response shall be filed by 9:00 a.m. on

21  January 19, 2011." Order at 4. No response has been filed.

22      For the foregoing reasons, the court ORDERS as follows:

23      (1)  The Bankruptcy Trustee's motion for rehearing SHALL BE

24           HEARD on January 31, 2011 at 10:00 a.m.

25      (2)  The court recognizes that the change of attorneys may

26           have caused counsel for the entities to fail to file a

                                    3

1      response to the Trustee's motion. If this is the case,

2      counsel for the entities MUST FILE a notice to the court

3      indicating why they have not responded to the motion by

4      9:00 a.m. on Wednesday, January 26, 2011.

5   IT IS SO ORDERED.

6   DATED:   January 21, 2011.

7

8

9   LAWRENCE K. KARLTON
    SENIOR JUDGE
10  UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4